UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORELEI A. BATES,

    Plaintiff,

Case No. 10-12698

v.

Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

Plaintiff initiated this action to challenge the Commissioner of Social Security's ("Commissioner") final decision denying her application for Social Security Disability Insurance and Supplemental Security Income Benefits. In an Opinion and Order entered on this date, the Court held that substantial evidence supported the Commissioner's decision to deny benefits.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that judgment is granted in favor of the Commissioner and against Plaintiff;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: April 25, 2011                s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Lewis M. Seward, Esq.
Susan K. DeClercq, A.U.S.A.